**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TANYA MARIE PAUL,<br><br>Plaintiff,<br>vs.<br><br>MEDLINE INDUSTRIES, INC., and AMAZON.COM, INC., d/b/a AMAZON.COM,<br><br>Defendants. | **No.: 1:21-cv-10542-NLH-AMD** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and Defendants dismiss this action with prejudice, with each party to bear its own costs.

**MESSA & ASSOCIATES, P.C.**

By: */s/ Ramon A. Arreola*
Ramon A. Arreola, Esquire
Attorneys for Plaintiff

**RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP**

By: */s/ Anne M. Mohan*
Anne M. Mohan, Esquire
Attorneys for Defendants

Dated: October 5, 2022

So Ordered this 6th day of October, 2022

KAREN M. WILLIAMS
United States District Judge